UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/13/2013
```

Jennifer O'REILLY, individually and on
behalf of all others similarly situated,

                       Plaintiff,

    -against-

CRUMBS HOLDINGS, LLC,

                      Defendant.

------------------------------------------------------------X

13-CV-02720 (JPO)(SN)

SCHEDULING ORDER

**SARAH NETBURN, United States Magistrate Judge:**

    On September 12, 2013, the Court received a joint status letter. The Court adopts the schedule proposed in that letter. Accordingly, by October 3, 2013, the parties must either submit a joint stipulation and proposed class notice or plaintiff must file a motion for conditional certification. If plaintiff files a motion for conditional certification, defendant must file its response by October 10, 2013, and plaintiff must file her reply by October 15, 2013.

**SO ORDERED.**

                                                     _____
                                                     SARAH NETBURN
                                                     United States Magistrate Judge

DATED:     New York, New York
               September 13, 2013