UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Jennifer O'REILLY, individually and on
behalf of all others similarly situated,

                              Plaintiff,

              -against-

CRUMBS HOLDINGS, LLC,

                              Defendant.

-----------------------------------------------------------------X

13-CV-02720 (JPO)(SN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/22/2015

**SARAH NETBURN, United States Magistrate Judge:**

       On August 11, 2014, the Court stayed this case pending the bankruptcy proceeding and directed the parties to inform the Court within 30 days of the lifting of the automatic stay. The parties are directed to file a letter by May 1, 2015, updating the Court on the status of the bankruptcy case.

**SO ORDERED.**

                                                   _____
                                                   SARAH NETBURN
                                                   United States Magistrate Judge

DATED:     New York, New York
               April 22, 2015